UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALAN DORENBOS, | ) | CASE NO.: C07-0492-RAJ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING FEDERAL |
| | ) | HABEAS PETITION |
| ATTORNEY GENERAL OF THE STATE OF WASHINGTON, | ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition (Dkt. No. 1), and this action, are DISMISSED, with prejudice, for lack of jurisdiction; and

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 9th day of January, 2008.

*Richard A. Jones* (signature)
_____
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING FEDERAL HABEAS PETITION
PAGE -1

01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

ORDER DISMISSING FEDERAL HABEAS PETITION
PAGE -2